UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:14-cr-202-T-30AEP

KENNETH GERARD DEMPSEY

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's

Motion for a Preliminary Order of Forfeiture (Doc. 53) for the following assets: an

HP Pavilion tower computer, serial number 4CE20903K6, and 105 DVDs.

Being fully advised of the relevant facts, the Court hereby finds that the

assets identified above were used or intended to be used to receive and possess

child pornography as charged in the Indictment

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that the United States has

established the required nexus between the assets and the crime of conviction.

Therefore, the United States' motion (Doc. 53) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule

32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above

are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 40, p. 9), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect this forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 21st day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-202 forfeit order 53.docx

2